**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LAWYER WHEELER and ASHLEY SELMAN
FARMS PARTNERSHIP**                                                                              **PLAINTIFFS**

**v.**                                                                                **CAUSE NO. 4:23-cv-243-DMB-JMV**

**UMB BANK, N.A. and HORNE LLP**                                            **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. CIV. R. 16(b)(1)(B) (emphasis added). Because the plaintiffs have moved to remand this case to state court [13], staying certain proceedings is appropriate. If either party desires to take remand-related discovery, it shall file a notice of intent to do so no later than January 25, 2024. If such discovery is contemplated by any party, the court will hold a prompt telephonic status conference to discuss the appropriateness, parameters, and deadlines for doing so.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand.

**SO ORDERED** this, the 18th day of January, 2024.

                                                                       /s/ Jane M. Virden
                                                                       **UNITED STATES MAGISTRATE JUDGE**